# CASE ANNOUNCEMENTS

*October 20, 2009*

[Cite as *10/20/2009 Case Announcements*, 2009-Ohio-5522.]

## MOTION AND PROCEDURAL RULINGS

**In re Hughley.**
On September 16, 2009, this court found Kevin Hughley to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Hughley was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On October 15, 2009, Hughley submitted a motion for leave to file a motion for relief pursuant to S.Ct.Prac.R. XIV(4)(A). Upon review of the proffered motion for leave,

It is ordered by the court that Kevin Hughley's motion for leave is denied.

**2009–0121. In re Guardianship of Spangler.**
Geauga App. Nos. 2007–G–2800 and 2008–G–2802, 2008-Ohio-6978. This cause is pending before the court as an appeal from the Court of Appeals for Geauga County. Upon consideration of the joint motion of appellant and amicus curiae state of Ohio to participate in oral argument scheduled for December 2, 2009,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellant.

**2009–1827. State v. Grate.**
Trumbull App. No. 2008–T–0058, 2009-Ohio-4452. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

It is ordered by the court that the motion is granted.

**2009–1860. State v. Strickland.**
Lake App. No. 2008–L–034, 2009-Ohio-5424. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

It is ordered by the court that the motion is granted.